IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-MC-00001-KDB-SCR

| | | |
|---|---|---|
| **COMMUNITY HEALTH SYSTEMS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA,** | ) ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for James M. Burns]" (Doc. No. 16) filed April 11, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.   Signed: April 11, 2024

Susan C. Rodriguez
United States Magistrate Judge